```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 18-11478-elf
John H. Schuster                                               Chapter 13
Ellen L. Schuster
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1            Date Rcvd: Jun 20, 2018
                               Form ID: pdf900             Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db/jdb         +John H. Schuster,    Ellen L. Schuster,    6196 Axehandle Road,   Quakertown, PA 18951-3272
14104314        CACH, LLC its successors and assigns as assignee,    of Genesis Bankcard Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14068177        Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
14096104       +Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004
14068179        St. Luke's Hospital Quakertown Campus,    PO Boxs 8500,   Philadelphia, PA 19178-9072
14068180        WELLS FARGO,    PO BOX 96074,   Charlotte, NC 28296-0074
14068181       +WELLS FARGO HOME MORTGAGE,    3476 STATEVIEW BLVD MAC X7801-013,    Fort Mill, SC 29715-7203
14084697        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 21 2018 02:20:07      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2018 02:19:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2018 02:20:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14068175        E-mail/Text: ebn@americollect.com Jun 21 2018 02:19:58      Americollect,   P. O. Box 1566,
                 Manitowoc, WI 54221
14068176       +E-mail/Text: banko@berkscredit.com Jun 21 2018 02:19:46      Berks Credit & Collection,
                 900 Corporate Drive,    Reading, PA 19605-3340
14081307       +E-mail/Text: bankruptcy@cavps.com Jun 21 2018 02:19:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14105983        E-mail/Text: peritus@ebn.phinsolutions.com Jun 21 2018 02:20:12
                 Complete Credit Solutions c/o Peritus Portfolio,    P.O. Box 141419,    Irving, TX 75014-1419
14111779       +E-mail/Text: bankruptcy@fedpacific.com Jun 21 2018 02:20:10      Federal Pacific Credit Co.,
                 PO Box 27198,   Salk Lake City UT 84127-0198
14104019        E-mail/Text: ebn@americollect.com Jun 21 2018 02:19:58      PROGRESSIVE PHYSICIAN ASSOCIATES,
                 C/O AMERICOLLECT INC,    PO BOX 1566,   MANITOWOC, WI 54221-1566
14068178        E-mail/Text: bankruptcy@sw-credit.com Jun 21 2018 02:19:56      Southwest Credit,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Joint Debtor Ellen L. Schuster jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor John H. Schuster jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN H SCHUSTER  
ELLEN L SCHUSTER  

Chapter 13

Debtor    Bankruptcy No. 18-11478-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 20, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
JOHN H SCHUSTER
ELLEN L SCHUSTER
6196 AXEHANDLE ROAD

QUAKERTOWN, PA 18951